UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MANUEL L. DIAZ, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | |
| FLAGSTAR BANK, F.S.B.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and MATRIX FINANCIAL SERVICES CORPORATION, | § § § § § § | EP-18-CV-00132-DCG |
| *Defendants*. | § § § | |

## ORDER DISMISSING CASE

On August 16, 2018, Plaintiff Manuel L. Diaz and Defendants Flagstar Bank, F.S.B., Matrix Financial Services Corporation, and Federal National Mortgage Association filed a "Joint Stipulation for Dismissal with Prejudice" (ECF No. 8) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In view thereof, the Court enters the following orders:

**IT IS ORDERED** that all claims asserted or which could have been asserted by Manuel L. Diaz against Flagstar Bank, F.S.B., Matrix Financial Services Corporation, and Federal National Mortgage Association in the above-captioned action are **DISMISSED WITH PREJUDICE** to the refiling of same and that all parties will bear their own costs and fees.

**IT IS MOREOVER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this 4th day of September 2018.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE